160 P.3d 737

# SUPREME COURT OF HAWAI'I

Vidinha v. Miyaki ............... 26188     12/21/2006  Granted     112 Hawai'i 336, 145 P.3d 879